FILED IN OPEN COURT
JACKSONVILLE, FLORIDA

3-6-2024

U.S. DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA

UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | CASE NO. | 3:24-cr- 42-WWB-LLL<br>18 U.S.C. § 876(c)<br>(Mailing threatening communications) |
| v. | | |
| MARCUS PRATT | | 18 U.S.C. § 115(a)(1)(B)<br>(Influencing, impeding, or retaliating against a federal official) |

**INDICTMENT**

The Grand Jury charges:

**COUNT ONE**
(Mailing threatening communications)

On or about July 31, 2023, in the Middle District of Florida, the defendant,

MARCUS PRATT,

knowingly, and with the intent to communicate a true threat of violence and with recklessness as to whether the communication would be viewed as a true threat of violence, caused to be delivered by the U.S. Postal Service, according to the directions thereon, a communication dated August 2, 2023, addressed to a Chief Judge and the Federal Courthouse in Miami, Florida, that contained a threat to injure K.M.M., a United States District Judge, specifically, that the defendant's associates would "kill" K.M.M.

In violation of 18 U.S.C.§ 876(c).

**COUNT TWO**
(Influencing, impeding, or retaliating against a Federal Official)

On or about July 31, 2023, in the Middle District of Florida, the defendant,

MARCUS PRATT,

threatened to kill K.M.M., a United States District Judge, with intent to impede, intimidate, and interfere with K.M.M. on account of the performance of his official duties, and with the intent to retaliate against such United States District Judge on account of the performance of official duties.

In violation of 18 U.S.C. § 115(a)(1)(B).

**COUNT THREE**
(Mailing threatening communications)

On or about September 27, 2023, in the Middle District of Florida, the defendant,

MARCUS PRATT,

knowingly, and with the intent to communicate a true threat of violence and with recklessness as to whether the communication would be viewed as a true threat of violence, caused to be delivered by the United States Postal Service, according to the directions thereon, a communication dated September 28, 2023, addressed to K.M.M., a United States District Judge, that contained threats to injure K.M.M., specifically, that the defendant's associates were going to "kill" K.M.M. and whoever was at K.M.M.'s house at the time.

In violation of 18 U.S.C.§ 876(c).

**COUNT FOUR**
(Influencing, impeding, or retaliating against a Federal Official)

On or about September 27, 2023, in the Middle District of Florida, the defendant,

MARCUS PRATT,

threatened to kill K.M.M., a United States District Judge, with intent to impede, intimidate, and interfere with K.M.M. on account of the performance of his official duties and with the intent to retaliate against such United States District Judge on account of the performance of official duties.

In violation of 18 U.S.C. § 115(a)(1)(B).

**COUNT FIVE**
(Mailing threatening communications)

On or about October 10, 2023, in the Middle District of Florida, the defendant,

MARCUS PRATT,

knowingly, and with the intent to communicate a true threat of violence and with recklessness as to whether the communication would be viewed as a true threat of violence, caused to be delivered by the United States Postal Service, according to the directions thereon, a communication dated October 10, 2023, addressed to K.M.M., a United States District Judge, that contained a threat to injure K.M.M., specifically that the defendant's associates were going to kill K.M.M. "very soon."

In violation of 18 U.S.C.§ 876(c).

**COUNT SIX**
(Influencing, impeding, or retaliating against a Federal Official)

On or about October 10, 2023, in the Middle District of Florida, the defendant,

MARCUS PRATT,

threatened to kill K.M.M., a United States District Judge, with intent to impede, intimidate, and interfere with K.M.M. on account of the performance of his official duties and with the intent to retaliate against such United States District Judge on account of the performance of official duties.

In violation of 18 U.S.C. § 115(a)(1)(B).

**FORFEITURE**

1. The allegations contained in Counts Two, Four, and Six are incorporated by reference for the purpose of alleging forfeiture pursuant to 18 U.S.C. § 981(a)(1)(C) and 28 U.S.C. § 2461(c).

2. Upon conviction of a violation of 18 U.S.C. § 115, the defendant shall forfeit to the United States, pursuant to 18 U.S.C. § 981(a)(1)(C) and 28 U.S.C. § 2461(c), any property, real or personal, which constitutes or is derived from proceeds traceable to the violation.

3. If any of the property described above, as a result of any act or omission of the defendant:

a. cannot be located upon the exercise of due diligence;

b. has been transferred or sold to, or deposited with, a third party;

c. has been placed beyond the jurisdiction of the Court;

d. has been substantially diminished in value; or

e. has been commingled with other property which cannot be divided without difficulty;

the United States shall be entitled to forfeiture of substitute property under the provisions of 21 U.S.C. § 853(p), as incorporated by 28 U.S.C. § 2461(c).

A TRUE BILL,

[redacted]

ROGER B. HANDBERG
United States Attorney

By: ______________________
RACHEL LASRY
Assistant United States Attorney

By: ______________________
KIRWINN MIKE
Assistant United States Attorney

By: ______________________
for DANIEL J. MARCET
Assistant United States Attorney
Chief, National Security Section

FORM OBD-34
3/5/24 Revised

No.

UNITED STATES DISTRICT COURT
Middle District of Florida
Jacksonville Division

THE UNITED STATES OF AMERICA

vs.

MARCUS PRATT

INDICTMENT

Violations: Cts. 1, 3, 5: 18 U.S.C. § 876(c)
Cts. 2, 4, 6: 18 U.S.C. § 115(a)(1)(B)

A true bill,

[redacted]

Filed in open court this 6th day

of March, 2024.

Clerk

Bail $________________